PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ibrahim Yusuff                                    Cr.: 10-00486-003
                                                                    PACTS #: 55324

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 7/18/11

Original Offense: Conspiracy to Transfer, Possess, and Use Means of Identification

Original Sentence: 30 months BOP; 3 years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 9/13/11

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Offender was ordered to pay restitution in the amount of $177,217.72 at the rate of $300 per month, and he has failed to do so. |

U.S. Probation Officer Action:
We would request that no action be taken at this time. Yusuff has been referred to educational and workforce programs and is taking the exam to be a certified personal trainer. His efforts will be closely monitored and the Court will be provided with an update.

Respectfully submitted,
By: Nancy Hildner
Senior U.S. Probation Officer
Date: 2/8/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

3/12/2012
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**MARK HENGEMUHLE**
SR. DEPUTY CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

February 8, 2012

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
U.S. District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, N.J. 07102-0999

RE: IBRAHIM YUSUFF
DKT# 10-00486-003
**Report on Offender, No Action Requested**

Dear Judge Chesler,

The above captioned individual was sentenced by Your Honor on July 18, 2011 to 30 months imprisonment to be followed by three years supervised release for the offense of Conspiracy to Transfer, Possess, and Use Means of Identification. The following special conditions were ordered: 1) Computer monitoring, 2) No new debt or credit, 3) Self-employment reporting and disclosure, 4) Enrollment in an enrichment program, 5) Full financial disclosure, 6) Driving restrictions and 7) Restitution in the amount of $177,217.72 at the rate of $300 per month.

Yusuff was released from custody on September 13, 2011, and due to his residence being in Brooklyn, his case was transferred to the Eastern District of New York. They have advised that at the present time, Yusuff has not yet secured employment, however has been given several referrals for workforce and educational programs. He also participated in a film production orientation program, and plans to take the exam to be a certified personal trainer.

Yusuff has been unable to pay the Court ordered restitution. It is requested that no action be taken at this time and that Yusuff be given a brief period of time to secure employment. He will be monitored closely, and updates will be provided to the Court.

Enclosed for the Court's review and signature is the Probation Form 12A, outlining the above. Should Your Honor have any questions, please feel free to contact the undersigned at 973-223-0768.

Sincerely,

Wilfredo Torres, Chief
U.S. Probation Officer

By: Nancy Hildner
Senior U.S. Probation Officer